# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2017

Stephen J. Markman,
Chief Justice

152448(143)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant,

v

TIA MARIE-MITCHELL SKINNER,
    Defendant-Appellee.
_____/

SC: 152448
COA: 317892
St. Clair CC: 10-002936-FC

On order of the Chief Justice, the motion of the Fair Punishment Project to file a late amicus curiae brief is GRANTED. The amicus brief will be accepted for filing if submitted on or before June 16, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2017



Clerk